

FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRNA LOPEZ,<br><br>Defendant. | Case No.  CR 26-00089-FLA<br><br>ORDER OF DETENTION |

## I.

On March 5, 2026,  Defendant Mirna Lopez made her initial appearance on the Indictment filed in this matter. Mark Windsor, a member of the Indigent Defense Panel, was appointed to represent Defendant.  The government was represented by Assistant United States Attorney Jenna McCabe.  Defendant submitted on the

recommendation of detention in the report prepared by Probation and Pretrial Services.

☒    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

2

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒    Unverified Background information

☒    Citizen of Honduras with family ties to Honduras and no legal status in the United States

☒    unknown bail resources

☒    alleged use of multiple alias names and dates of birth

As to danger to the community:

☒    allegations in the Indictment include conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine and fentanyl.

☒    Criminal History includes 1993 felony conviction for voluntary manslaughter, 1999 and 2000 conviction for possession of cocaine base and 2002 felony conviction for conspiracy to distribute cocaine base for which Defendant served twelve months imprisonment; Defendant is alleged to have committed the offenses charged in the indictment within fifteen years of release from imprisonment for this conviction

☒    mental health history

☒    multiple law enforcement contacts for drug related offenses

☒    search of defendant's residence uncovered fentanyl, methamphetamine, unregistered firearm and $60,000 cash.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 5, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE